**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT AKRON**

| | | |
|---|---|---|
| CARL MADISON, | : | CASE NO. 5:24-CV-107 |
| | : | |
| Plaintiff, | : | JUDGE |
| | : | |
| v. | : | |
| | : | |
| MARINER FINANCE, | : | |
| | : | **NOTICE OF REMOVAL** |
| Defendant. | : | |

---

Now comes Defendant Mariner Finance, LLC ("Mariner"), pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, and 15 U.S.C. §§ 1681 *et seq.*, and files this Notice of Removal, and in support hereof sets forth the following grounds:

1.     On or after December 20, 2023, Mariner was served with Plaintiff Carl Madison's ("Plaintiff") Complaint, a copy of which is attached hereto, in an action entitled Carl Madison v. Mariner Finance, filed of record with the Clerk of Court for the Canton Municipal Court, Case No. 2023-CVI-6209.

2.     Plaintiff's Complaint alleges that Mariner failed to comply with certain requirements imposed upon it by the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq.* ("FCRA").

3.     Because Plaintiff's Complaint alleges that Mariner failed to comply with certain requirements imposed upon it by the FCRA, this Court has original jurisdiction over this civil action under the FCRA based upon 28 U.S.C. § 1331 and 15 U.S.C. §§ 1681 *et seq.*  Pursuant to 28 U.S.C. § 1441, therefore, the civil action pending in the Canton Municipal Court is removable to this Court.

4.     In addition to this Court's original jurisdiction under 28 U.S.C. § 1331 and 15 U.S.C. §§ 1681 *et seq.*, Mariner notes that Plaintiff's Complaint seeks the recovery of actual damages and alleges that Plaintiff has been the victim of inaccurate credit reporting, willful injury, defamation, and financial injury as a result of Mariner's alleged violations of the FCRA.  Because the factual allegations set forth in Plaintiff's Complaint must be presumed to be true at this stage of the proceedings, Mariner submits that sufficient factual allegations exist for this Court to conclude that Plaintiff has alleged a "concrete harm" necessary for Article III standing pursuant to *TransUnion LLC v. Ramirez*, 141 S.Ct. 2190, 2205 (2021).

5.   Mariner has filed no documents or pleadings with the Canton Municipal Court in Case No. 2023-CVI-6209.

6.   Thirty (30) days have not yet expired since Mariner's receipt of Plaintiff's Complaint.

7.   Copies of all process, pleadings and orders served upon Mariner in this action are attached hereto.

8.   Mariner has provided written notice of the filing of this Notice of Removal to Plaintiff by U.S. mail on this date, and will also forward a Notice for filing with the Clerk of Court for the Canton Municipal Court, regarding this Notice of Removal.

WHEREFORE, Mariner prays that the above-captioned action now pending in the Canton Municipal Court be removed therefrom and placed on the regular docket of the United States District Court for the Northern District of Ohio, Eastern Division at Akron.

Respectfully submitted,

SURDYK, DOWD & TURNER CO., L.P.A.


*/s/David B. Shaver*
Jeffrey C. Turner (0063154)
David B. Shaver (0085101)
8163 Old Yankee Street, Suite C
Dayton, Ohio 45458
(937) 222-2333 | (937) 222-1970 (fax)
jturner@sdtlawyers.com
dshaver@sdtlawyers.com
*Counsel for Defendant*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2024, I sent a copy of the foregoing by U.S. Mail to the

following:

Carl Madison
6061 Sandhurst Ave. NW
Canton, Ohio 44718
*Plaintiff*

/s/David B. Shaver
David B. Shaver (0085101)