# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| CARL MADISON, | ) | CASE NO. 5:24-cv-107 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| MARINER FINANCE, | ) | |
| | ) | |
| DEFENDANT. | ) | |

This case, having been settled by agreement of the parties, is hereby dismissed. Any and all releases, agreements, or judgment entries necessary to comply with the settlement shall be executed by the interested parties.

A final agreed entry, approved by counsel for all parties, shall be filed with the Court on or before April 11, 2024.

This case hereby is closed.

**IT IS SO ORDERED**.

Dated: March 12, 2024

**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**